1   BESS M. BREWER, #100364
    LAW OFFICE OF
2   BESS M. BREWER & ASSOCIATES
    P.O. Box 5088
3   Sacramento, CA 95817
    Telephone: (916) 509-7051

4

5   Attorneys for Plaintiff

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11  LATAVIA HURTS                )        Case No.   13-2210 CKD
                                 )
12                               )
                                 )
13                               )        STIPULATION AND
                                 )        ORDER EXTENDING PLAINTIFF'S
14             Plaintiff,        )        TIME TO FILE SUMMARY
                                 )        JUDGEMENT MOTION
15  v.                           )
                                 )
16  CAROLYN W. COLVIN,           )
    Acting Commissioner of Social Security )
17  of the United States of America, )
                                 )
18             Defendant.        )
                                 )
19  _____)

20

21        IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that

22  Plaintiff's time to file her summary judgment motion is hereby extended from April 23, 2014, to

23  May 16, 2014,   with all other dates adjusted accordingly. This extension is required to

24  accommodate counsel's briefing schedule.

25

26  ////

27  ////

28  ////

                                    1

1

2

3

Dated: April 23, 2014

4

*/s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

5

6

Attorney for Plaintiff

7

8

Dated: April 23, 2014

9

Benjamin B. Wagner
United States Attorney

10

Donna L. Calvert
Acting Regional Chief Counsel, Region IX
Social Security Administration

11

12

/s/ Tova D. Wolking
GERALYN GULSETH FOR TOVA WOLKING

13

Special Assistant United States Attorney
Attorneys for Defendant

14

15

16

17

**ORDER**

18

APPROVED AND SO ORDERED.

19

20

Dated:   April 25, 2014

21

_____
CAROLYN K. DELANEY

22

UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28

2